IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ALLSTATE INDEMNITY COMPANY                                                               PLAINTIFF

VS.                                            CASE NO. 15-CV-4032

SANFORD WHITE, *et al*                                                                 DEFENDANTS

## ORDER

    Before the Court is the parties' Stipulation of Dismissal. (ECF No. 46). It has been reported to the Court that the within matter has been fully settled and compromised by the parties. Accordingly, the Court finds that Plaintiff's Complaint should be and hereby is **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The Court shall retain jurisdiction over the terms of the settlement agreement.

    IT IS SO ORDERED, this 22nd day of June, 2016.

                                                                                               /s/ Susan O. Hickey
                                                                             Susan O. Hickey
                                                                             United States District Judge